No. 83–1158. ESTATE OF THORNTON ET AL. *v.* CALDOR, INC. Sup. Ct. Conn. [Certiorari granted, 465 U. S. 1078.] Motion of National Right to Work Legal Defense Foundation, Inc., for leave to file a brief as *amicus curiae* granted.

No. 83–1386. LEGGETT, COLLECTOR OF REVENUE IN THE CITY OF ST. LOUIS, ET AL. *v.* LIDDELL ET AL.;
No. 83–1721. MISSOURI ET AL. *v.* LIDDELL ET AL.; and
No. 83–1838. NORTH ST. LOUIS PARENTS AND CITIZENS FOR QUALITY EDUCATION ET AL. *v.* LIDDELL ET AL. C. A. 8th Cir. Motion of petitioners in No. 83–1386 and respondents Leggett et al. in Nos. 83–1721 and 83–1838 to expedite consideration of the petitions for writs of certiorari denied.

No. 83–1569. MITSUBISHI MOTORS CORP. *v.* SOLER CHRYSLER-PLYMOUTH, INC.; and
No. 83–1733. SOLER CHRYSLER-PLYMOUTH, INC. *v.* MITSUBISHI MOTORS CORP. C. A. 1st Cir. The Solicitor General is invited to file a brief in these cases expressing the views of the United States.

No. 83–6577. IN RE SOMMER; and
No. 83–6592. IN RE SEITU. Petitions for writs of mandamus denied.

No. 83–1394. UNITED STATES ET AL. *v.* LOCKE ET AL. Appeal from D. C. Nev. Probable jurisdiction noted.

No. 83–1590. FRANCIS, WARDEN *v.* FRANKLIN. C. A. 11th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 83–422. GROUP HEALTH INC. *v.* HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. C. A. 2d Cir. Certiorari denied.